```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 6  Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUDY F. GELI,<br><br>   Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>   Defendant. | CIVIL NO. 04-02241 SI<br><br>STIPULATION AND ORDER<br>APPROVING COMPROMISE<br>SETTLEMENT OF ATTORNEY<br>FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FIVE THOUSAND DOLLARS ($5,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

> HARVEY P. SACKETT
> P.O. BOX 5025
> SAN JOSE, CA 95150-5025
> (408) 295-7755;  FAX:  7444

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

---

1/. This amount includes costs.

3. Payment of the FIVE THOUSAND DOLLARS ($5,000.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: May 31, 2005          /s/
         HARVEY P. SACKETT
         Attorney for Plaintiff

         KEVIN V. RYAN
         United States Attorney

Dated: July 11, 2005     By:    /s/
         SARA WINSLOW
         Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:                           SUSAN ILLSTON
                          United States District Judge

[APPROVED — Judge Susan Illston]

GELI, EAJA STIP (jl)
C 04-02241 SI                    2